UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jason Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Wilson Police Department, Chantel Coetzer, ) | 5:13-CV-5-BR |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss are ALLOWED. Plaintiff's 42 U.S.C. § 1983 claim is DISMISSED WITH PREJUDICE. The state law claims are DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on November 14, 2013, and served on:**

Jason Williams (via US Mail at 709 NE Fleming Street, Wilson, NC 27893)
James P. Cauley, III (via CM/ECF Notice of Electronic Filing)
Timothy Patrick Carraway (via CM/ECF Notice of Electronic Filing)
Chantel Coetzer (via US Mail at 1001 Branch Street, Wilson, NC 27893)


November 14, 2013                           /s/ Julie A. Richards,
                                                        Clerk of Court